FILED: April 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2255

_____

MYNOR ABDIEL TUN-COS

  Petitioner

v.

MERRICK B. GARLAND, Attorney General

  Respondent

_____

O R D E R

_____

Upon consideration of the parties' joint motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by the Board of Immigration Appeals on the parties' joint motion to reopen and dismiss removal proceedings. The parties shall provide a status update within 90 days and every 30 days thereafter.

    For the Court

    /s/ Patricia S. Connor, Clerk